# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Mark Watson,

                                        \* From the 142nd District
           Court of Midland County,
           Trial Court No. CV-47,092.

Vs. No. 11-11-00274-CV                      \* September 12, 2013

Reece Albert, Inc.,                           \* Per Curiam Memorandum Opinion.
           (Panel consists of: Wright, C.J.,
           McCall, J., and Judge Herod,
           sitting by assignment)
           (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Mark Watson.